20872. STATE HIGHWAY DEPARTMENT *et al. v.*
SUMNER *et al.*

QUILLIAN, Justice. 1. Question No. 1, and a part of Question
No. 2, in the present case, were answered by this court in
response to the questions certified in *State Highway Dept.*
v. *Taylor* and *State Highway Dept.* v. *Yeager,* ante.
2. The portion of Question No. 2 in regard to acts of an at-
torney for the condemnor is a mixed question of law and fact,
and it would be necessary to examine the record in order
to answer properly the question. This court must there-
fore respectfully decline to answer this portion of the ques-
tion. *Fisher* v. *American Casualty Co.,* 194 *Ga.* 157 (21 S. E.
2d 68) ; *City of Trenton* v. *Dade County,* 202 *Ga.* 190 (42
S. E. 2d 438).
3. In *State Highway Dept.* v. *Taylor* and *State Highway Dept.*
v. *Yeager,* supra, it was held: "Where the amount of the as-
sessors' award is paid into the registry of the court, and there-
after paid to the condemnee, the condemnee is not precluded,
by receiving the money, from attacking the validity of the
appeal or moving that it be dismissed." Whether the con-
demnee might be "legally entitled to a dismissal of the
appeal for any reason" would depend upon the reason ad-
vanced for the dismissal. The third question certified by
the Court of Appeals is too general in character to elicit
either an affirmative or a negative response by this court.
*Question No. 1 is answered in the negative. All the Justices
concur.*

ARGUED APRIL 12, 1960—DECIDED MAY 18, 1960.

*Eugene Cook,* Attorney-General, *Paul Miller, E. J. Summer-
our, Carter Goode,* Assistant Attorneys-General, *S. B. McCall,*
for plaintiff in error.
*Hugh D. Wright, Maxwell A. Hines, Edward A. Parrish,*
contra.